# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Princepal Singh,<br><br>       Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>       Defendants. | No. CV-26-00646-PHX-RM (ASB)<br><br>**ORDER** |

The Court granted Petitioner Princepal Singh's 28 U.S.C. § 2241 Petition on February 12, 2026, and directed Respondents to either release Petitioner or provide him a bond hearing within seven days. (Doc. 11.) On February 24, 2026, Petitioner filed a Motion to Enforce Judgment, arguing that during his February 19, 2026 bond hearing, the Immigration Judge abused his discretion in determining Petitioner was a flight risk. Petitioner argues he has "no criminal history, he has a fixed address, he has a sponsor who is vouching for him and who has the financial means to support him, he has counsel, he has presented his identity documents, and he has shown no indication that he will not comply with court orders." (Doc. 17 at 6.) Under these circumstances, Petitioner argues this Court has jurisdiction to review the bond determination. *See Martinez v. Clark*, 124 F.4th 775 (9th Cir. 2024). Petitioner also filed a Motion to Supplement the Motion to Enforce. (Doc. 18.) The Court will require Respondents to respond to the Motions and also provide an audio recording or transcript of the February 19, 2026 bond hearing.

. . . .

**IT IS ORDERED** that no later than **March 24, 2026**, Respondents must respond to Petitioner's Motion to Enforce and Motion to Supplement (Docs. 17, 18) and provide a transcript or recording of the February 19, 2026 bond hearing.  Petitioner may file a reply no later than **March 26, 2026**.

Dated this 19th day of March, 2026.

_____
Honorable Rosemary Márquez
United States District Judge